1 F.3d 1253
NOTICE: Federal Circuit Local Rule 47.6(b) states that opinions and orders which are designated as not citable as precedent shall not be employed or cited as precedent. This does not preclude assertion of issues of claim preclusion, issue preclusion, judicial estoppel, law of the case or the like based on a decision of the Court rendered in a nonprecedential opinion or order.
 Walter TOMPESKU, Claimant-Appellant,
v.
Jesse BROWN, Secretary of Veterans Affairs, Respondent-Appellee.
 No. 93-7064.
 United States Court of Appeals, Federal Circuit.
 June 30, 1993.
 
 Before LOURIE, Circuit Judge, BENNETT, Senior Circuit Judge, and CLEVENGER, Circuit Judge.
 ON MOTION
 ORDER
 CLEVENGER, Circuit Judge.
 
 
 1
 The Secretary of Veterans Affairs moves to waive the requirements of Fed.Cir.R. 27(d) and to dismiss Walter Tompesku's appeal for lack of jurisdiction. Tompesku has not responded.
 
 
 2
 The Court of Veterans Appeals summarily affirmed the Board of Veterans Appeals' denial of service connection for a psychiatric disability. On appeal to this court, Tompesku challenges only factual determinations or the application of a law or regulation to his case. No issue is raised which falls within the limited jurisdiction of this court under 38 U.S.C. Sec. 7292(c), (d)(1)-(2) (Supp. III 1991). See Livingston v. Derwinski, 959 F.2d 224 (Fed.Cir.1992); Johnson v. Derwinski, 949 F.2d 394 (Fed.Cir.1991).
 
 
 3
 Accordingly,
 
 IT IS ORDERED THAT:
 
 4
 (1) The Secretary's motion to waive the requirements of Fed.Cir.R. 27(d) is granted.
 
 
 5
 (2) The Secretary's motion to dismiss is granted.